IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL ALAN STACY                                                                  PLAINTIFF

v.                      No: 4:17-cv-00294 JM-PSH

MONTE MUNYAN, *et al.*                                             DEFENDANTS

## JUDGMENT

Pursuant to the order filed on October 29, 2018, in the lead case (4:17-cv-00093) to this consolidated case, judgment is entered dismissing all claims against remaining defendants Tim Ryals, Garry Stewart, and Monte Munyan. This case is dismissed with prejudice; the relief sought is denied.

DATED this 31st day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE